COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Siana Oil & Gas Co. LLC v. White Oak Operating Company, LLC

Appellate case number:     01-18-00962-CV

Trial court case number:    2015-45224

Trial court:                 164th District Court of Harris County

Appellant, Siana Oil & Gas Co. LLC, has filed a motion to substitute appellate counsel, seeking to substitute Andrew L. Johnson, Mark L. Clark, and Joshua Eberle of Thompson, Coe, Cousins, and Irons, LLP, in place of Christopher Stevenson and Courtney Culver Baker of Adair Myers Graves Stevenson, PLLC, as counsel on appeal. Because the motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail" at appellant's last known address, the motion is **denied**, without prejudice to refiling. *See* TEX. R. APP. P. 6.5(b), (d).

By submitting the motion, Andrew L. Johnson, Mark L. Clark, and Joshua Eberle of Thompson, Coe, Cousins, and Irons, LLP have appeared as counsel of record for appellant. *See* TEX. R. APP. P. 6.2. The Clerk of this Court is directed to note their appearance as counsel for appellant on the docket of this Court.

It is so ORDERED.

Judge's signature:  /s/ Julie Countiss _____
                          ☑ Acting individually     ☐ Acting for the Court

Date:  _February 5, 2019____